## Salim HABIB, Petitioner

v.

## Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.

No. 07–60968
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 2, 2009.

Raymond J. Sanders, Chicago, IL, for Petitioner.

Thomas Ward Hussey, Director, Linda Susan Wendtland, Joan H. Hogan, U.S. Department of Justice, Washington, DC, Kristi Barrows, U.S. Immigration & Naturalization Service, Dallas, TX, for Respondent.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Salim Habib, a native and citizen of Pakistan, petitions for review of the Board of Immigration Appeals's (BIA) denial of his motion to reopen his proceedings to apply for an adjustment of status. The BIA determined that Habib's motion to reopen was untimely. *See* 8 C.F.R. § 1003.2(c)(2).

This court reviews the denial of a motion to reopen "under a highly deferential abuse of discretion standard." *Manzano–Garcia v. Gonzales,* 413 F.3d 462, 469 (5th Cir.2005). "Such discretion is not to be disturbed 'so long as it is not capricious, racially invidious, utterly without foundation in the evidence, or otherwise so aberrational that it is arbitrary rather than the result of any perceptible rational approach.'" *Id.* (quoting *Pritchett v. INS,* 993 F.2d 80, 83 (5th Cir.1993)). Habib has not shown that he can meet this high standard.

The petition for review is DENIED, and the motion to dismiss for lack of jurisdiction is also DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.